Timothy C. Hester *(pro hac vice)*
Covington & Burling LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5324
Email: thester@cov.com

*Attorneys for Plaintiff W.G. Barr Management, LLC d/b/a Two Pitchers Brewing Company*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.G. BARR MANAGEMENT LLC., D/B/A TWO PITCHERS BREWING COMPANY<br><br>    Plaintiff,<br><br>    v.<br><br>CONTEKPRO, LLC,<br><br>    Defendant. | Civil Case No. 3:23-cv-02257-TSH<br><br>**STIPULATION RE: REFUND OF APPEAL BOND, AND [PROPOSED] ORDER APPROVING REFUND OF APPEAL BOND**<br><br>JUDGE: Hon. Thomas S. Hixson |

|||
|---:|---|
| 1 | The Parties to this action, Plaintiff W.G. Barr Management, LLC, d/b/a Two Pitchers Brewing |
| 2 | Company ("Two Pitchers") and Defendant ContekPro, LLC ("ContekPro"), by and through their |
| 3 | undersigned attorneys of record, hereby stipulate and agree as follows: |
| 4 | WHEREAS, on June 5, 2024, this Court entered final judgment, granting ContekPro's motion for |
| 5 | summary judgment and denying Two Pitchers' motion for summary judgment (Dkt. Nos. 62, 63); |
| 6 | WHEREAS, this Court granted ContekPro's Motion for Attorneys' Fees and Costs, and awarded |
| 7 | ContekPro the amount of $198,903.50 in attorneys' fees and $5,101.30 in costs (Dkt. No. 74); |
| 8 | WHEREAS, Two Pitchers filed its Notice of Appeal to the Ninth Circuit on August 29, 2024 (Dkt. |
| 9 | No. 75); |
| 10 | WHEREAS, the Parties stipulated and agreed that ContekPro would not oppose a stay of |
| 11 | proceedings to enforce a judgment pursuant to Fed. R. Civ. P. 62(b), provided that Two Pitchers posted a |
| 12 | bond of $224,405.28; |
| 13 | WHEREAS, by Order dated October 3, 2024, the Court approved an appeal bond for purposes of |
| 14 | Fed. R. Civ. P. 62(b) in the amount of $224,405.28 and stayed execution of the judgment against Two |
| 15 | Pitchers until the case was resolved in the Court of Appeals (Dkt. 79); |
| 16 | WHEREAS, by Mandate dated December 5, 2025, the Court of Appeals affirmed the judgment of |
| 17 | this Court; and |
| 18 | WHEREAS, the Parties have stipulated and agreed to a final payment from Two Pitchers to |
| 19 | ContekPro resolving this matter in its entirety. |
| 20 | ACCORDINGLY, the Parties stipulate and agree, and respectfully request, that the Court approve |
| 21 | a refund of the appeal bond, in the full amount of $224,405.28. |
| 22 | |
| 23 | IT IS SO STIPULATED AND AGREED. |
| 24 | |
| 25 | Dated:  January 15, 2026                              Respectfully submitted, |
| 26 | |
| 27 | /s/ Timothy C. Hester<br>Timothy C. Hester *(pro hac vice)*<br>COVINGTON & BURLING LLP |
| 28 | One CityCenter |

850 Tenth Street, N.W.
Washington, D.C. 20001

*Attorneys for Plaintiff W.G. Barr Management, LLC d/b/a Two Pitchers Brewing Company*

/s/ Ryan F. Thomas
Ryan F. Thomas
ANDERSON ZEIGLER, A Professional Corp.
50 Old Courthouse Square, 5th Floor
Santa Rosa, CA 95404

*Attorneys for Defendant ContekPro, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 15, 2026

THOMAS S. HIXSON
United States Magistrate Judge