Timothy C. Hester *(pro hac vice)*
Covington & Burling LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5324
Email: thester@cov.com

*Attorneys for Plaintiff W.G. Barr Management, LLC*
*d/b/a Two Pitchers Brewing Company*

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.G. BARR MANAGEMENT LLC., D/B/A TWO PITCHERS BREWING COMPANY<br><br>    Plaintiff,<br><br>    v.<br><br>CONTEKPRO, LLC,<br><br>    Defendant | Civil Case No. 3:23-cv-02257-TSH<br><br>**STIPULATION RE: REFUND OF APPEAL BOND, AND [PROPOSED] AMENDED ORDER APPROVING REFUND OF APPEAL BOND**<br><br>JUDGE: Hon. Thomas S. Hixson |

The Parties to this action, Plaintiff W.G. Barr Management, LLC, d/b/a Two Pitchers Brewing Company ("Two Pitchers") and Defendant ContekPro, LLC ("ContekPro"), by and through their undersigned attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on June 5, 2024, this Court entered final judgment, granting ContekPro's motion for summary judgment and denying Two Pitchers' motion for summary judgment (Dkt. Nos. 62, 63);

WHEREAS, this Court granted ContekPro's Motion for Attorneys' Fees and Costs, and awarded ContekPro the amount of $198,903.50 in attorneys' fees and $5,101.30 in costs (Dkt. No. 74);

WHEREAS, Two Pitchers filed its Notice of Appeal to the Ninth Circuit on August 29, 2024 (Dkt. No. 75);

WHEREAS, the Parties stipulated and agreed that ContekPro would not oppose a stay of proceedings to enforce a judgment pursuant to Fed. R. Civ. P. 62(b), provided that Two Pitchers posted a bond of $224,405.28;

WHEREAS, by Order dated October 3, 2024, the Court approved an appeal bond for purposes of Fed. R. Civ. P. 62(b) in the amount of $224,405.28 and stayed execution of the judgment against Two Pitchers until the case was resolved in the Court of Appeals (Dkt. 79);

WHEREAS, by Mandate dated December 5, 2025, the Court of Appeals affirmed the judgment of this Court; and

WHEREAS, the Parties have stipulated and agreed to a final payment from Two Pitchers to ContekPro resolving this matter in its entirety.

ACCORDINGLY, the Parties stipulate and agree, and respectfully request, that the Court approve a refund of the appeal bond, in the full amount of $224,405.28.  The Parties stipulate and agree that Timothy C. Hester will be receiving the refund amount of $224,405.28 plus earned interest from the court registry, at the undersigned address.

IT IS SO STIPULATED AND AGREED.

STIPULATION RE REFUND OF APPEAL BOND, AND [PROPOSED] AMENDED ORDER APPROVING REFUND OF APPEAL BOND
Case No. 3:23-cv-02257-TSH

Dated:  January 21, 2026

Respectfully submitted,

*/s/ Timothy C. Hester*
Timothy C. Hester *(pro hac vice)*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001

*Attorneys for Plaintiff W.G. Barr Management, LLC d/b/a Two Pitchers Brewing Company*

*/s/ Ryan F. Thomas*
Ryan F. Thomas
ANDERSON ZEIGLER, A Professional Corp.
50 Old Courthouse Square, 5th Floor
Santa Rosa, CA 95404

*Attorneys for Defendant ContekPro, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 21, 2026

_____
THOMAS S. HIXSON
United States Magistrate Judge

STIPULATION RE: REFUND OF APPEAL BOND, AND [PROPOSED] AMENDED ORDER APPROVING REFUND OF APPEAL BOND
Case No. 3:23-cv-02257-TSH